IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No. 05-cr-00484-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    TIMOTHY SMITH,
2.    CHRISTOPHER SMITH,

      Defendants.
_____

**Order**
_____

A Hearing on motions was held in Court today, with defendants Timothy Smith and Christopher Smith present and represented by Counsel, and the Government present and represented by Wayne Campbell.

A notice of disposition has been filed for Timothy Smith. A Rule 11 Plea Hearing is scheduled for **Thursday, March 9, 2006 at 8:00am**.

The following Motions by Christopher Smith were addressed:

1) The First motion to Compel Additional Discovery (Docket # 28) is DENIED, as Moot,

2) The First Motion to Produce Confidential Informant (Docket # 29) is GRANTED, as confessed,

3) The First Motion to Suppress the Search of 895 S. Garrison (Docket # 30) is DENIED, as moot, and

4) The First Motion to Sever Defendant Christopher Smith (Docket # 32) is DENIED, as moot.

A Final Trial Preparation Hearing is set for **Friday, February 3, 2006 at 4:00pm**. Defense and prosecution should prepare for this hearing a witness list, an exhibit list, voir dire questions and any special jury instructions they believe may be necessary. The defendant must be present at this hearing.

A two and a half day trial is scheduled for **Monday February 6, 2006 at 8:30am**.

**DONE and ORDERED,** this   26th   day of January, 2006 at Denver, Colorado.

                                                    s/Lewis T. Babcock
                                         United States District Chief Judge